UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KERRIE BORBOA, ET AL., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:13-cv-844-JAG |
| v. ) | |
| ) | JURY DEMANDED |
| THEODORE L. CHANDLER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Upon consideration of the Parties' February 20, 2015 Joint Motion to Extend Page Limit for Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Settlement, and good cause appearing therefrom, it is **HEREBY ORDERED** that the Joint Motion is ~~GRANTED.~~ *Denied*.

IT IS FURTHER ORDERED THAT:

Plaintiffs are hereby ~~granted~~ *denied* leave to file a memorandum in support of their motion for preliminary approval not to exceed thirty-five (35) pages.

SO ORDERED, this 23rd day of February, 2015

/s/ 
John A. Gibney, Jr.
Honorable John A. Gibney, Jr.
United States District Judge