**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| KERRIE BORBOA,  ET AL., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:13-cv-844-JAG |
| v. | ) | |
| | ) | |
| THEODORE L. CHANDLER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs Kerrie Borboa, Timothy O'Grady and Bertrand Francis (collectively the "Named Plaintiffs"), participants in the LandAmerica Financial Group Employee Savings and Stock Ownership Plan (the "Plan"), respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order granting:

1.      Final approval of the Settlement in the Action on the terms of the Settlement Agreement  ("Settlement Agreement"), filed with this Court on March 12, 2015 (Docket No. 71-1)[1];

2.      Final certification of the Settlement Class, including appointment of KTMC as Class Counsel and the Named Plaintiffs as class representatives; and

3.      Final approval of the proposed Plan of Allocation.

The grounds for this Unopposed Motion are set forth in the following papers filed contemporaneously herewith:

---

[1]  All Capitalized terms not defined herein are defined in the Settlement Agreement.

A.     Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Certification of the Settlement Class, and Final Approval of Plan of Allocation; and

B.     Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation and for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs, and exhibits thereto.

Attached hereto as Exhibits A and B, respectively, are the proposed Final Approval Order and Judgment and the proposed Plan of Allocation, as agreed to by the Parties.

DATED:  June 19, 2015                    Respectfully submitted,

                                        *s/ Charles L. Williams*
                                        Charles L. Williams (VSB No. 23587)
                                        James C. Skilling (VSB No. 27998)
                                        WILLIAMS & SKILLING, P.C.
                                        4801 Radford Avenue, Suite A
                                        Richmond, VA  23230
                                        Telephone: (804) 447-0307
                                        Facsimile:  (804) 447-0367
                                        Email: cwilliams@williamsandskilling.com
                                        Email: jskilling@williamsandskilling.com

                                        *Interim Liaison Counsel*

                                        Edward W. Ciolko (admitted *pro hac vice*)
                                        Peter A. Muhic (admitted *pro hac vice*)
                                        Donna Siegel Moffa (admitted *pro hac vice*)
                                        Mark K. Gyandoh (admitted *pro hac vice*)
                                        Julie Siebert-Johnson (admitted *pro hac vice*)
                                        KESSLER TOPAZ MELTZER & CHECK LLP
                                        280 King Of Prussia Rd
                                        Radnor, PA 19087
                                        Telephone:  (610) 667-7706
                                        Facsimile:  (610) 667-7056
                                        Email:  eciolko@ktmc.com
                                        Email:  pmuhic@ktmc.com

Email:  dmoffa@ktmc.com
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

*Interim Class Counsel*

Thomas J. McKenna (admitted *pro hac vice*)
Gregory M. Egleston (admitted *pro hac vice*)
GAINEY McKENNA & EGLESTON
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0383
Email:  tjmckenna@gme-law.com
Email:  gegleston@gme-law.com

*Attorneys for Plaintiff Timothy O'Grady*

Robert A. Izard
Mark P. Kindall
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile:  (860) 493-6290
Email:  rizard@izardnobel.com
Email:  mkindall@izardnobel.com

*Attorneys for Plaintiff Bertrand Francis*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I electronically filed the foregoing Plaintiffs'
Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement
Class, and Final Approval of Plan of Allocation with the Clerk of Court via the CM/ECF system,
which will deliver notification of filing to all counsel of record

*/s/ Charles L. Williams*
Charles L. Williams