UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KERRIE BORBOA, ET AL., )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THEODORE L. CHANDLER, ET AL., )<br>)<br>Defendants. ) | Case No. 3:13-cv-844-JAG |

PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF ATTORNEYS'
FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION
AWARDS TO THE NAMED PLAINTIFFS

Plaintiffs Kerrie Borboa, Timothy O'Grady and Bertrand Francis (collectively the "Named Plaintiffs"), participants in the LandAmerica Financial Group Employee Savings and Stock Ownership Plan (the "Plan"), respectfully move this Court, pursuant to FED .R. CIV. P. 23, for an Order:

1. Granting Class Counsel attorneys' fees in the amount of $1,400,000, which represents 28% of the Settlement Fund;[1]

2. Directing Reimbursement to Class Counsel in the amount of $167,659.10 for expenses incurred in connection with the prosecution of this Action; and

3. Awarding Case Contribution Awards of $5,000 to each of the three Named Plaintiffs.

---

[1] Named Plaintiffs file this motion in conjunction with their Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of the Plan of Allocation. On April 14, 2015, the Court preliminarily approved the proposed Settlement of this case for $5 million ($5,000,000.00). *See* Dkt. No. 73. All capitalized terms not defined herein are defined in the Settlement Agreement ("Settlement Agreement") filed with this Court on March 12, 2015. *See* Dkt. No. 71-1.

1

The grounds for this Unopposed Motion are set forth in the following documents filed contemporaneously herewith:

A. Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs;

B. Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation and for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs and exhibits hereto;

C. The separate declarations of Named Plaintiffs Kerrie Borboa, Timothy O'Grady and Bertrand Francis in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs;

D. The separate declarations on behalf of Plaintiffs' Counsel Gainey McKenna & Egleston (and their local counsel Cuneo Gilbert & LaDuca, LLP in the *O'Grady* matter prior to its consolidation with the *Borboa* matter), Izard Nobel, LLP, and Williams & Skilling, P.C., in support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to Named Plaintiffs.

A proposed form of Order is attached hereto.

DATED: June 19, 2015    Respectfully submitted,

*s/ Charles L. Williams*
Charles L. Williams (VSB No. 23587)
James C. Skilling (VSB No. 27998)
WILLIAMS & SKILLING, P.C.
4801 Radford Avenue, Suite A
Richmond, VA 23230
Telephone: (804) 447-0307
Facsimile: (804) 447-0367

Email: cwilliams@williamsandskilling.com
Email: jskilling@williamsandskilling.com

*Interim Liaison Counsel*


Edward W. Ciolko (admitted *pro hac vice*)
Peter A. Muhic (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)
Mark K. Gyandoh (admitted *pro hac vice*)
Julie Siebert-Johnson (admitted *pro hac vice*)
KESSLER TOPAZ MELTZER & CHECK LLP
280 King Of Prussia Rd
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
Email: pmuhic@ktmc.com
Email: dmoffa@ktmc.com
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

*Interim Class Counsel*

Thomas J. McKenna (admitted *pro hac vice*)
Gregory M. Egleston (admitted *pro hac vice*)
GAINEY McKENNA & EGLESTON
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff Timothy O'Grady*

Robert A. Izard
Mark P. Kindall
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
Email: rizard@izardnobel.com
Email: mkindall@izardnobel.com

*Attorneys for Plaintiff Bertrand Francis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2015, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs with the Clerk of Court via the CM/ECF system, which will deliver notification of filing to all counsel of record

*/s/ Charles L. Williams*
Charles L. Williams