UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| KERRIE BORBOA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:13-cv-844-JAG |
| THEODORE L. CHANDLER, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS TO THE NAMED PLAINTIFFS**

The matter having come before the Court on July 20, 2015, on the application of Class Counsel for an award of attorneys' fees, reimbursement of expenses incurred in the Action, and for Case Contribution Awards to the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefrom:[1]

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

---

[1] All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement dated as of March 12, 2015, and filed with this Court.

2.   Class Counsel is hereby awarded attorneys' fees of $1,400,000.00 and reimbursement of expenses in the amount of $152,030.56 to be paid from the Settlement Fund.[2] The Court finds that the amount of fees awarded is fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the results obtained for the Settlement Class.

3.   Named Plaintiff Kerrie Borboa is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contribution to this Action.

4.   Named Plaintiff Timothy O'Grady is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contribution to this Action.

5.   Named Plaintiff Bertrand Francis is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contributions to this Action.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date:  July 22, 2015
       Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge

---

[2] The parties proposed $167,659.10 for reimbursement of expenses. As noted at the final approval hearing, the Court determined counsel would not be reimbursed for expenses associated with legal research, phone or fax services, or copying or reproduction. Those expenses amounted to $15,628.54, which the Court deducted from the proposed reimbursement sum.